# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAREN HUNT AHMED, | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00242 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT OF | ) MAGISTRATE JUDGE |
| NASHVILLE AND DAVIDSON | ) FRENSLEY |
| COUNTY, TENNESSEE, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has returned its verdict.

It is **ORDERED AND ADJUDGED** that the jury found in favor of Defendant Metropolitan Government of Nashville and Davidson County, Tennessee. In accordance with the verdict of the jury, judgment is hereby entered in favor of Defendant.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE